ALBANY,
Oct. 1825.

Ex parte
Vasques.

---

## *Ex parte* VASQUES.

VASQUES and M'Reever had submitted certain matters n difference to arbitrators, and agreed that the submission should be made a rule of the Court of Common Pleas of the city and county of New York.  The arbitrators having awarded the payment of a sum of money to Vasques, he applied to the Common Pleas for a rule enforcing the award ; which the Court declined to grant, on the ground that the submission not being made a rule of Court before the award, the parties should be left to their usual remedy by suit.

A motion was now made for a *mandamus,* commanding the Court of Common Pleas to make the submission a rule of Court ; and 1 R. L. 125, and *Knight* v. *Carey,* (1 Cowen, 39,) and the notes to that case, were cited.

*J. M'Kown,* for the motion.

*Curia.*  We see no reason for the distinction taken by the Court of Common Pleas.  The practice appears to be

A submission to arbitration may, within 1 R. L. 125, be made a rule of court, as well after as before the award.

well settled that the submission may be made a rule of Court as well after as before the award. Let an alter native mandamus go.

Rule accordingly.